**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Richard L. Powers,

Plaintiff,

Civil No. 02-73 (RHK/JMM)

v.

**ORDER**

Whitehall-Robins, a division of
American Home Products Corporation,
American Home Products Corporation,

Defendants.

---

Counsel for Plaintiff has advised the Court that the above action was inadvertently filed in this District and that the appropriate forum is the Eastern District of Wisconsin.

Accordingly, **IT IS ORDERED**:

1. This action is **DISMISSED WITHOUT PREJUDICE**; and
2. The Motion to Transfer Case to Proper Jurisdiction is **DENIED AS MOOT**.

Dated: January 31, 2002

RICHARD H. KYLE
United States District Judge

JAN 31 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK